UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.

**00-6031**
**CR-ZLOCH**

18 USC 472

MAGISTRATE JUDGE
SELTZER

FILED by ___ D.C.

FEB 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA    )
                            )
vs.                         )
                            )
JERRY FIELDS,               )
                            )
            Defendant.      )
                            )
_____

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about January 14, 2000, in Broward County, in the Southern District of Florida, the defendant,

**JERRY FIELDS,**

did knowingly, willfully and with intent to defraud keep in his possession false, forged, and counterfeited obligations of the United States, that is, approximately $1,320 of counterfeit ten



dollar Federal Reserve Notes, in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**          **CASE NO.** _____

v.

JERRY FIELDS                     **CERTIFICATE OF TRIAL ATTORNEY\***
_____          **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)       Yes ____   No ____
                                     Number of New Defendants      ____
___ Miami  ____ Key West             Total number of counts        ____
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No) _NO_____
     List language and/or dialect _____

4.   This case will take __2__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                              (Check only one)

| I   | 0  to  5 days   | __X__ | Petty   | _____ |
|-----|-----------------|-------|---------|--------|
| II  | 6  to 10 days   | _____ | Minor   | _____ |
| III | 11 to 20 days   | _____ | Misdem. | _____ |
| IV  | 21 to 60 days   | _____ | Felony  | __X__  |
| V   | 61 days and over| _____ |         |        |

6.   Has this case been previously filed in this District Court? (Yes or No) _NO_
     If yes:
     Judge: _____  Case No. _____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter? (Yes or No) _NO_____
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of _____
     Rule 20 from the _____ District of _____

     Is this a potential death penalty case? (Yes or No) _NO_____

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes_ No

_Steven R. Petri_
_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. 5500048

\*Penalty Sheet(s) attached                                   REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>JERRY FIELDS</u>          No.:_____

Count #I:
<u>Possession of counterfeit currency; in violation of 18:472</u>

<u>*Max Penalty: 15 years' maximum imprisonment; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96