AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STEVEN R. PETRI/USSS S/A DONALD DOUGLAS

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

JERRY FIELDS

FILED by _____ D.C.

FEB 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

## WARRANT FOR ARREST

### CASE NUMBER:
## 00-6031

TO:    **The United States Marshal**
       **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JERRY FIELDS _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)  Possession of counterfeit currency

in violation of Title __18__ United States Code, Section(s) __472 and 2__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | FEBRUARY 3, 2000  Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $25,000 Personal Surety Bond    by *Lurana S. Snow* _____

*not to be incarcerated overnight*  by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |