UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB - 7 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA )    Case Number: CR - 2LOC14  00-603(
                Plaintiff )
                          )    REPORT COMMENCING CRIMINAL
      -vs-                )              ACTION
                          )
JERRY ALEXANDER FIELDS    )
                Defendant )        5 5 / 89 - cry

*************************************************************
TO:  Clerk's Office   MIAMI    FT. LAUDERDALE    W. PALM BEACH
     U.S. District Court        (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE
*************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest:  2/7/00   8 3c      am/pm

(2)  Language Spoken:  ENGLISH

(3)  Offense(s) Charged:  18 USC 472

(4)  U.S. Citizen  [✓] Yes   [ ] No    [ ] Unknown

(5)  Date of Birth:  4/25/71

(6)  Type of Charging Document:  (Check one)
     [✓] Indictment  [ ] Complaint  To be filed/Already filed
         Case # DR - 6031 CR - 2LOCH
     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:  Miami, FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

Amount of Bond:  $
Who set Bond:

(7)  Remarks:

(8)  Date: 2/7/00        (9) Arresting Officer: DONALD DOUGLAS

(10) Agency: U.S. SECRET SERVICE   (11) Phone: (305) 629-1800

(12) Comments: