COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JERRY FIELDS (J)                    CASE NO: 00-6031-CR-ZLOCH
AUSA: STEVEN PETRI / Thompson             ATTY: Tim Day
AGENT: SECRET SERVICE                     VIOL: 18:472 & 2
PROCEEDING I/A ON INDICTMENT              RECOMMENDED BOND 25,000 PSB
BOND HEARING HELD - yes/(no)              COUNSEL APPOINTED FPD
       BOND SET @ 25,000 PSB

[FILED stamp: FEB - 7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

       SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS  / x's a (wk)/month by phone;  / x's a wk/(month) in person
3) Travel extended to:
4) surrender passport by noon 2/8/00

Advised of charge - order for apptmt of counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:   ✓
                         STATUS CONF:  2-22 // BSS

Date: 2/7/00   Time 11:00   FTL/LSS TAPE #00-007   Begin: 458   End: 683