AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STEVEN R. PETRI/USSS S/A DONALD DOUGLAS   451855

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JERRY FIELDS

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER: 00-6031**

YOU ARE HEREBY COMMANDED to arrest _____ JERRY FIELDS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) Possession of counterfeit currency

in violation of Title __18__ United States Code, Section(s) __472 and 2__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ signature | FEBRUARY 3, 2000  Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $25,000 Personal Surety Bond         by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE
not to be incarcerated overnight    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/03/2000 | James A. Tassone, USM  FOR: USSS | Fred DePompa, SDUSM |
| DATE OF ARREST | | |
| 02/07/2000 | | |