UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6031-CR-ZLOCH
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

JERRY FIELDS, :

    Defendant. :
_____:



## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

Defendant, Jerry Fields, through counsel, respectfully moves for the entry of an Order modifying his conditions of bond to allow him to travel outside the District to Montego Bay, Jamaica, from February 10, 2000, until February 13, 2000. In support of this motion, Defendant states as follows:

1.    Defendant made his initial appearance on February 7, 2000, on a counterfeiting indictment. He is currently free on a $25,000, Personal Surety Bond. Standard conditions of bond do not permit travel outside the District without prior approval.

2.    The defendant would like to travel to Montego Bay, Jamaica, from February 10-13, 2000, for business purposes. Defendant would be traveling via Air Jamaica, Flight 86, on February 10, and would return on February 13, via Air Jamaica, Flight 89. While in Montego Bay, Mr. Fields would be staying at Lot 375, West Gate Hills #336, Montego Bay, Jamaica, (876) 999-8159.



3.     Pursuant to bond conditions, Mr. Fields has surrendered his passport to pretrial services. Defendant asks that the passport be returned to him temporarily in order to facilitate travel. He will return the passport to pretrial services upon completion of travel.

4.     Undersigned counsel has contacted Steve Petri, the Assistant United States Attorney handling this case for the government, who has authorized counsel to represent that the government does not oppose the granting of the relief requested in this motion.

WHEREFORE, the Defendant Jerry Fields, through undersigned counsel respectfully requests that his bond conditions be modified to permit travel out of the District as stated above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
  Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 9th day of February, 2000 to Steve Petri, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Patrick M. Hunt