UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6031-CR-ZLOCH
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,                                 :

v.                                                    :

JERRY FIELDS,                              :

    Defendant.                             :
_____ :



## ORDER ON DEFENDANT'S UNOPPOSED MOTION
TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion /deemed at Motion to Travel, to Modify Bond Conditions and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Montego Bay, Jamaica, departing February 10, 2000, and returning no later than February 13, 2000. While in Montego Bay, the Defendant shall reside at Lot 375, West Gate Hills # 336, Montego Bay, Jamaica, (876) 999-8159. Pretrial Services is directed to return Mr. Fields' passport to him for travel. Mr. Fields is directed to return the passport to Pretrial Services upon completion of travel. All other conditions of bond remain the same.

DONE AND ORDERED on this ___ day of February, 2000 at Fort Lauderdale, Florida.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
           LURANA S. SNOW

cc: Patrick Hunt, AFPD (FTL)
     Steve Petri, AUSA (FTL)
     Pretrial Services (FTL)