UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6031-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JERRY FIELDS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 22, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today satisfy its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed and that this matter would require three days to try. The case, however, may ultimately be resolved by way of a change of plea.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ___ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Steve Petri, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant