COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jerry Fields (no deft needed)   CASE NO: 00-6031-CR-Zloch
AUSA: ~~Steven Petri~~ Scott Behnke    ATTNY: FPD  1 Day for Hunt
AGENT: ___                              VIOL: ___
PROCEEDING: Status Conference           BOND REC: ___

BOND HEARING HELD - yes/no              COUNSEL APPOINTED: ✓

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House ___
    ___ Electronic Monitoring ___

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

AUSA will complete discovery & get it out today.
3 day to try
plea possible

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 2-22-00   TIME: 11:00am   TAPE # 00-014   PG # 6
3142 - 3210
13