

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6031-CR-Zloch

UNITED STATES OF AMERICA

vs

JERRY FIELDS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:  ON BOND FORM _____

                        Telephone: _____

DEFENSE COUNSEL:        Name:     FEDERAL PUBLIC DEFENDER _____

                        Address: _____

                        Telephone: _____

BOND SET/CONTINUED:     $     25,000 PSB _____

Bond hearing held: yes_____  no____ Bond hearing set for_____

Dated this  7TH  day of  FEBRUARY  ,2000.

                                  CLARENCE MADDOX
                                  COURT ADMINISTRATOR/CLERK OF COURT

                                  By: _____
                                      Deputy Clerk

                                  Tape No.    00-007

cc: Copy for Judge
    U. S. Attorney