UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6031-CR-ZLOCH

UNITED STATES OF AMERICA )
)
              Plaintiff, )
v. )
)
JERRY ALEXANDER FIELDS )
)
              Defendant. )
_____/

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Scott H. Behnke.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

By  _____
      SCOTT H. BEHNKE
      Assistant United States Attorney
      Attorney No. A5500005
      500 E. Broward Blvd, Suite 700
      Fort Lauderdale, FL 33394
      Telephone Number (954) 356-7255
      Fax Number (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 6th day of March, 2000, to: Patrick Hunt, AFPD, Attorney for defendant FIELDS at 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

```
                                    _____
                                    SCOTT H. BEHNKE
                                    Assistant United States Attorney
```

cc: Pretrial Services
    Case Agent
    Docket