UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6031-CR-ZLOCH



FILED by _____ D.C.

MAR 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA., FT. LAUD.

UNITED STATES OF AMERICA

v.

JERRY FIELDS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                                    COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, Fl, 33301                March 27, 2000 at 2:15 PM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 23. 2000

cc:
Scott Behnke, Esq., AUSA
Patrick Hunt, Esq., AFPD

