FILED by ___ D.C.

MAR 2 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM J. ZLOCH
## CRIMINAL MINUTES

CASE NUMBER  00-6031-Cr-Zloch  DATE  3-27-00

CLERK  Carline Newby                    REPORTER  Carl Schanzleh

PROBATION                               INTERPRETER

UNITED STATES OF AMERICA  v.  Jerry Fields

U.S. ATTORNEY  Scott Behnke  DEFT COUNSEL  Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Change of Plea to Count 1

RESULT OF HEARING  Deft entered a plea of guilty to Ct 1

JUDGMENT  Court accepted plea & adjudged deft guilty to Ct 1

CASE CONTINUED TO  6-16-00  TIME  11:00  FOR  Sentencing

MISC  Written Plea Agreement

23