UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6031-CR-ZLOCH
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY FIELDS,

    Defendant.

_____

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion for Leave to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Montego Bay, Jamaica, departing April 18, 2000, and returning no later than April 24, 2000. While in Montego Bay, the Defendant shall reside at Lot 375, West Gate Hills # 336, Montego Bay, Jamaica, (876) 999-8159. Pretrial Services is directed to return Mr. Fields' passport to him for travel. Mr. Fields is directed to return the passport to Pretrial Services upon completion of travel. All other conditions of bond remain the same.

DONE AND ORDERED on this 17th day of April, 2000 at Fort Lauderdale, Florida

                                                                           UNITED STATES MAGISTRATE JUDGE

cc:    Patrick Hunt, AFPD
        Scott Behnke, AUSA
        Pretrial Services

