UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6031-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JERRY FIELDS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                           COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, Fl, 33301       June 19, 2000, at 11:00 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Scott Behnke, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation