UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER CO-6031-CR-Z/och  DATE 6-19-00
CLERK Carline Newby  REPORTER Carl Schanzlee
PROBATION TRAcey Webb  INTERPRETER

UNITED STATES OF AMERICA v. Jerry Fields

U. S. ATTORNEY Scott Behnke  DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING CTJ - 4 yrs reporting probation - $/CC assessment - Spec Cond. Comply with terms & cends abreed 99-12780 - in a for 17th Jud Cir
JUDGMENT for payments of support of Jeffrey Alexander Fields - FPD appointed for appeal -

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC