AO 245 S (Rev. 9/94) Judgement in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

JUN 1 9 2000

UNITED STATES OF AMERICA

v.

JERRY FIELDS

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER:    00-6031-CR-ZLOCH

PATRICK HUNT, ESQ., AFPD
Defendant's Attorney

THE DEFENDANT:

[X] pleaded guilty to count(s) __1__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court

[ ] was found guilty on count(s) _____ after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:472. | Possession of counterfeit obligations of the United States | 1/2000 | 1 |

RECEIVED
JUN 20 AM 10:08
CLERK'S OFFICE

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. __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__
Defendant's Date of Birth __4/25/71__
Defendant's USM No. __55189-004__
Defendant's Residence Address
321 NW 3rd Avenue
Deerfield Beach, FL 33441

Defendant's Mailing Address

__6/19/00__
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

WILLIAM J. ZLOCH, U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

6/19/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

AO 245B (Rev 8/96) Judgment in a Criminal Case
Sheet 6 – Reverse – Statement of Reasons

Judgment – Page

DEFENDANT
CASE NUMBER

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

'00 JUN 21 A8:38

No further action required by the U.S. Marshals Service.

UNITED STATES MARSHAL

SDUSM